UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JOHN DOE,

                Plaintiff,

-vs-

BOARD OF TRUSTEES OF WHITMAN COLLEGE,

                Defendant.

Case No.     4:23-CV-5051-MKD
CIVIL MINUTES

DATE:        APRIL 20, 2023
LOCATION:    RICHLAND/VIDEO CONFERENCE

STATUS CONFERENCE

| Hon. Mary K Dimke | | |
|---|---|---|
| Sara Gore | 02 | Kimberly Allen |
| **Courtroom Deputy** | **Law Clerk** | **Court Reporter** |
| Lara Hruska & Alexander Hagel | | Michael Porter |
| **Plaintiff Counsel** | | **Defendant Counsel** |

[XX]  Video Conference

Colloquy between Court and counsel regarding setting a hearing for a temporary restraining order on Monday. A hearing was previously set in state court on 4/24/2023 at 9:00 a.m.

**Plaintiff Brief:**        4/21/2023 by 5:00 p.m.
**Defendant Reply:**        4/23/2023 by noon
**TRO Hearing:**            4/24/2023 at 2:15 p.m. in Richland

Counsel inquiries about the page limit in which the Court advised the briefs shall not exceed 30 pages.

Ms. Hruska orally motioned the Court to Proceed Under a Pseudonym.
Court **GRANTS** Plaintiff's Motion.

[XX]  ORDER FORTHCOMING

| CONVENED: 3:59 P.M. | ADJOURNED: 4:12 P.M. | TIME: :13 HR. | CALENDARED [XX] |
|---|---|---|---|