# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JOHN DOE,<br><br>-vs-<br><br>BOARD OF TRUSTEES OF WHITMAN COLLEGE,<br><br>Plaintiff,<br><br>Defendant. | Case No.    4:23-CV-5051-MKD<br>CIVIL MINUTES<br><br>DATE:    APRIL 24, 2023<br>LOCATION:    RICHLAND/VIDEO CONFERENCE<br><br>MOTION HEARING |

**Hon. Mary K Dimke**

| Sara Gore | 02 | Kimberly Allen |
|---|---|---|
| **Courtroom Deputy** | **Law Clerk** | **Court Reporter** |
| Lara Hruska<br>Alexander Hagel | | Michael Porter<br>Cassandre Beccai<br>Andrea Barton |
| **Plaintiff Counsel** | | **Defendant Counsel** |

**[XX]  Video Conference**

All parties present by video conference.

The Court has reviewed the record and submissions of the parties.

Motion before the Court: Plaintiffs' Motion for Temporary Restraining Order (ECF No. 8).

The Court questioned Lara Hruska.  Ms. Hruska presented an argument on behalf of the plaintiff.

Colloquy between Court and counsel regarding evidence.

Ms. Hruska presented additional argument on behalf of the plaintiff.

Court inquires based on the merits of how quickly the case could be litigated.

Ms. Hruska advises it would possibly take three to four months. She would request the plaintiff be able to pull his credits together and complete those now and that the college hold his degree in abeyance pending the outcome.

**[XX]   ORDER FORTHCOMING**

| **CONVENED:**   2:18 P.M. | **ADJOURNED:**   3:19 P.M. | **TIME:**   1:01 HR. | **CALENDARED**   [XX] |
|---|---|---|---|

*Doe -vs- Board of Trustees of Whitman College*  April 24, 2023
4:23-CV-5051-MKD  Page 2
Motion Hearing

Mike Porter argued on behalf of the Board of Trustees of Whitman College.

Discussion between Court and counsel regarding what is harm to university if the Plaintiff was allowed to finish remotely.

Mr. Porter presented additional argument.

Rebuttal argument by Ms. Hruska.

Court: detailed written order will be entered by close of business on Wednesday.