THE HONORABLE MARY K. DIMKE

LARA HRUSKA, WSBA No. 46531
ALEX HAGEL, WSBA NO. 55423
Cedar Law PLLC
113 Cherry Street, PMB 96563
SEATTLE, WA 98104-2205
T: (206) 607-8277
F: (206) 237-9101
E: lara@cedarlawpllc.com
Attorney for Plaintiffs

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JOHN DOE,<br><br>      Plaintiff,<br><br>vs.<br><br>THE BOARD OF TRUSTEES OF WHITMAN COLLEGE, A non-profit corporation<br><br>      Defendant. | Case No.: 4:23-cv-05051-MKD<br><br>**NOTICE OF DISMISSAL** |

Plaintiff John Doe, pursuant to Rule 41(a)(1)(A)(i), hereby gives notice that this action is voluntarily dismissed without prejudice. Defendant Whitman College

NOTICE OF DISMISSAL- 1
CASE 4:23-cv-05051-MKD

**Cedar Law PLLC**
113 Cherry St., PMB 96563
Seattle, WA 98104
Tel 206.607.8277 • Fax 206.237.9101

has not served an answer or motion for summary judgment in this action, therefore dismissal without prejudice under Rule 41(a)(1) is appropriate.

Dated this 2nd day of May, 2023

**CEDAR LAW PLLC**

_____
Alex Hagel, WSBA #55423
113 Cherry Street
PMB 96563
Seattle, WA
206-607-8277
alex@cedarlawpllc.com

Attorney for Plaintiff

**NOTICE OF DISMISSAL**- 2
CASE 4:23-cv-05051-MKD

**Cedar Law PLLC**
113 Cherry St., PMB 96563
Seattle, WA 98104
Tel 206.607.8277 • Fax 206.237.9101