FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 02, 2023

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JOHN DOE, | No. 4:23-CV-05051-MKD |
| Plaintiff, | ORDER ON NOTICE OF DISMISSAL |
| vs. | **ECF No. 13, 14** |
| THE BOARD OF TRUSTEES OF WHITMAN COLLEGE, a non-profit corporation, | |
| Defendant. | |

Before the Court is Plaintiff's Notice of Dismissal, ECF No. 14.  Fed. R. Civ. P. 41(a)(1)(A)(i) provides that a plaintiff may dismiss an action without a court order by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment.  Defendant has not filed an answer or a motion for summary judgment.  Dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) is appropriate.

Accordingly, **IT IS ORDERED:**

ORDER ON NOTICE OF DISMISSAL - 1

1. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and Plaintiff's Notice of Dismissal, **ECF No. 14**, all claims are **DISMISSED without prejudice**, without an award of fees or costs.

2. Any pending motions, including **ECF No. 13**, are **DENIED as moot**.

3. All hearings and other deadlines are **STRICKEN**.

**IT IS SO ORDERED.** The District Court Executive is directed to file this Order, provide copies to counsel, and **CLOSE** the file.

DATED May 2, 2023.

*s/Mary K. Dimke*
MARY K. DIMKE
UNITED STATES DISTRICT JUDGE

ORDER ON NOTICE OF DISMISSAL - 2